UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| TYRONE G. COOPER, SR., | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 4:07CV1698 AGF |
| | ) | |
| JEREMIAH NIXON and | ) | |
| ROY MUELLER, | ) | |
| | ) | |
| Respondents. | ) | |

## ORDER

This matter is before the Court on petitioner's motion to proceed in forma pauperis. Petitioner has paid the filing fee. As a result, the motion is moot.

Accordingly,

**IT IS HEREBY ORDERED** that petitioner's motion to proceed in forma pauperis is **DENIED** as moot.

**IT IS FURTHER ORDERED** that the Clerk shall docket the petition as Tyrone G. Cooper, Sr. v. Jeremiah Nixon and Roy Mueller.

Dated this 1st day of November, 2007.

_____
AUDREY G. FLEISSIG
UNITED STATES MAGISTRATE JUDGE